THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT NARBONE.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STEVE CATANZARO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL DEMATO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ITALO FANTINO and Others v. FRANK MELVILLE, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

YANKEE GARAGE, INC., v. NEW YORK YELLOW CAB COMPANY SALES AGENCY, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

WESTWITT REALTY CORPORATION v. RUDOLPH E. BURGER.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ZIREL BRATSPIES v. WILLIAM M. BARRETT, as President, etc.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

RYBRE REALTY CO., INC., v. ALEXANDER WOLFF and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

BELLE B. GIBBS v. MANHATTAN ISLAND HOTEL CORPORATION.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

LAURA OPPER v. JAMES McCRANE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOHN T. SIGLING v. PARTOLA MANUFACTURING COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

EDWARD LEROY RICE v. MILTON HOCKY and Another.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

BEKA STEIN v. GEORGE C. BIONDI.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JESSE C. AKELY and Others v. C. HERMAN KINNICUTT and Others.— Motion granted and questions certified. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

NEW YORK PRODUCE EXCHANGE SAFE DEPOSIT AND STORAGE COMPANY v. NEW YORK PRODUCE EXCHANGE.— Motion granted and question certified. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

IRENE D. HALL v. ELMER E. SMATHERS and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.